IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,

    Plaintiff,

v.

J. LITSCHER, C. JESS, J. SCHWOCHERT,
M. SAUNDERS, K. KALLAS, S. ECKSTEIN,
S. SCHUELER, J. KIND, MS. FRANCOIS,
J. LUTSEY, DR. ANKARLO, DR. STEVEN
SCHMIDT, DR. CHING, DR. FORBES,
DR. SCHWARTZ-OSCAR, CAPT. M.
SCHULTZ, CAPT. VANLANEN,
DR. AHEN, JANE/JOHN DOE NURSES 1-4,
SGT. BONIN, SGT. KEILER-HERT,
SGT. MEJIA, ST. VINCENT'S HOSPITAL and
JANE/JOHN DOES 5-8,

    Defendants.

OPINION and ORDER

Case No. 16-cv-703-wmc

Consistent with today's telephonic hearing on the pending motion for preliminary injunction, the hearing will continue on Wednesday, July 26, 2017, at 2:00 pm following submission of the following written materials by the defendants:

(1) A statement from Captain Van Lanon indicating whether he is holding any of Mr. Goodvine's mail, and if so, why;
(2) An accurate explanation of Mr. Goodvine's housing status, including ability to be monitored and how often someone actually looks inside his cell without prompting per day; and
(3) A copy of any disciplinary or employee actions instituted against anyone working at GBCI for unauthorized contact with Mr. Goodvine and conduct reports against Goodvine, as well as all related supporting materials and dispositions, if any, for the period between April 18, 2017, and today.

In addition, defendants are directed to arrange for e-filing of any pending Goodvine submissions to the Eastern or Western District of Wisconsin.

The court also directed that Ms. Harris-Forbes or other person responsible for Mr. Goodvine's psychiatric treatment be available to participate in Wednesday's hearing, and would also appreciate receiving a more detailed explanation as to the basis for Mr. Goodvine's current incarceration and pending charges in advance of that hearing. Defendants are to initiate the call to the court on Wednesday.

Entered this 21st day of July, 2017.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge