# United States District Court

## EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

    v.

Case No. 17-C-1223

JON LITSCHER, et al.,
        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED. The court issues the plaintiff a strike under 28 U.S.C. § 1915(g).

Approved:     s/ William C. Griesbach
                 William C. Griesbach, Chief Judge
                 United States District Court

Dated: February 8, 2018.

                 STEPHEN C. DRIES
                 Clerk of Court

                 s/ Cheryl A. Veazie
                 (By) Deputy Clerk